*State, Respondent, v. Sanchez, Petitioner*, No. 92798-7. Petition for review of a decision of the Court of Appeals, No. 32637-3-III, January 21, 2016, 192 Wn. App. 1024. *Denied* September 28, 2016.

*In re Marriage of Eklund*, No. 92864-9. Petition for review of a decision of the Court of Appeals, No. 72927-6-I, January 11, 2016, 192 Wn. App. 1008. *Denied* September 28, 2016.

*State, Respondent, v. Wright, Petitioner*, No. 93053-8. Petition for review of a decision of the Court of Appeals, No. 72608-1-I, April 18, 2016, 193 Wn. App. 1022. *Denied* September 28, 2016.

*McClain, Petitioner, v. 1st Sec. Bank of Wash., Respondent*, No. 93104-6. Petition for review of a decision of the Court of Appeals, No. 73190-4-I, March 7, 2016, 192 Wn. App. 1063. *Denied* September 28, 2016.

*Morpho Detection Inc., Petitioner, v. Dep't of Revenue, Respondent*, No. 93121-6. Petition for review of a decision of the Court of Appeals, No. 73663-9-I, March 28, 2016, 194 Wn. App. 17. *Denied* September 28, 2016.

*State, Respondent, v. Gotcher, Petitioner. In re Pers. Restraint of Gotcher, Petitioner*, No. 93132-1. Petition for review of decisions of the Court of Appeals, Nos. 46119-6-II and 47142-6-II, February 23, 2016, 192 Wn. App. 1046. *Denied* September 28, 2016.

*Garcia et al., Petitioners, v. Franklin County, Respondent*, No. 93137-2. Petition for review of a decision of the Court of Appeals, No. 33204-7-III, April 12, 2016, 193 Wn. App. 1020. *Denied* September 28, 2016.

*Imori et al., Petitioners, v. Marination LLC, Respondent*, No. 93139-9. Petition for review of a decision of the Court of Appeals, No. 73417-2-I, March 7, 2016, 192 Wn. App. 1064. *Denied* September 28, 2016.